```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----
A & J PRODUCE CORP., D'ARRIGO BROS. CO.
OF NEW YORK, INC. and NATHEL & NATHEL,
INC.,

                Plaintiffs,

-against-                                25 Civ. 1759 (AT)

JD PRODUCE MASPETH LLC
and SHENG BO DONG,                  **ORDER**

                Defendants.
----

ANALISA TORRES, District Judge:

      On April 4, 2025, Plaintiff, A & J Produce Corp., filed a proposed order to show cause why a default judgment should not be entered against Defendants, JD Produce Maspeth LLC and Sheng Bo Dong. ECF No. 20. On April 8, the Court ordered Defendants to show cause, in writing, by April 29, why the Court should not enter A & J Produce Corp.'s proposed default judgment against Defendants. ECF No. 25. On April 25, prior to the deadline for Defendants to show cause, A & J Produce Corp. filed an amended complaint that added Plaintiffs D'Arrigo Bros. Co. of New York, Inc. and Nathel & Nathel, Inc. ECF No. 31.

      Accordingly, pursuant to the authority of Federal Rule of Civil Procedure 15(a)(3), and considering Defendants' previously certified default, ECF No. 19, Defendants are ORDERED to answer or otherwise move with respect to the amended complaint by **May 2, 2025**.

      By **May 6, 2025**, if Defendants have failed to timely respond to the amended complaint, Plaintiffs shall file **and serve** a renewed proposed default judgment and memorandum of law that reflect the additional parties and allegations added by the amended complaint, and affidavits or declarations consistent with ¶ 1(c)(1) of Attachment A to this Court's Individual Practices in Civil Cases, which shall address **each** Plaintiffs' entitlement to a default judgment, including damages, interest, attorney's fees (supported by contemporaneous billing records), and costs, and file proof of service of the same on the docket.

      By **May 1, 2025**, Plaintiffs shall serve a copy of this Order on Defendants and file proof of the same on the docket.

      SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge